ARNOLD & PORTER LLP
ANGEL A. GARGANTA (SBN 163957)
MANAV KUMAR (SBN 266277)
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111-3711
Telephone: +1 415.356.3000
Facsimile: +1 415.356.3099
E-Mail: angel.garganta@aporter.com
        manav.kumar@aporter.com

EMILIA P. E. MORRIS (SBN 253681)
777 South Figueroa Street, 44th Floor
Los Angeles CA 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199
E-Mail: emilia.morris@aporter.com

Attorneys for Defendant
THE QUAKER OATS COMPANY

THE WESTON FIRM
GREGORY S. WESTON (SBN 239944)
888 Turquoise Street
San Diego, CA 92109
Telephone: (858) 488-1672
Facsimile: (480) 247-4553
Email: greg@westonfirm.com

LAW OFFICES OF RONALD A. MARRON
RONALD A MARRON (SBN 175650)
3636 4th Avenue, Suite 202
San Diego, CA 92103
Telephone: 619-696-9006
Fax: 619-564-6665
Email: ron.marron@gmail.com

JACK FITZGERALD (SBN 257370)
2811 Sykes Court
Santa Clara, CA 95051
Telephone: 408-459-0305
Email: jack@westonfirm.com

Attorneys for Plaintiff
SONYA YRENE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SONYA YRENE, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE QUAKER OATS COMPANY,<br><br>Defendant. | Case No.: 5:10-CV-05398-PSG<br><br>**STIPULATION AND ORDER TO STAY PENDING RULING ON MOTION TO CONSOLIDATE** |

1  Plaintiff Sonya Yrene ("Plaintiff"), and Defendant The Quaker Oats Company
2  ("Defendant"), through their respective counsel of record, hereby stipulate and agree as follows:
3  WHEREAS, on December 9, 2010, in *Chacanaca and Guttmann v. The Quaker Oats Co.*,
4  No. 5:10-cv-00502 RS, plaintiff Victor Guttmann, plaintiff Kelly Bruno, plaintiff Rebecca Yumul,
5  and Plaintiff in the present action filed a Motion to Consolidate and Appoint Interim Class Counsel,
6  seeking consolidation of the following three actions: (1) *Robert Chacanaca and Victor Guttmann v.*
7  *The Quaker Oats Company*, No. 5:10-cv-00502 RS (N.D. Cal., filed February 3, 2010)
8  ("*Chacanaca/Guttmann* Action"); (2) *Sonya Yrene v. The Quaker Oats Company*, No. 5:10-cv-
9  05398 PSG (N.D. Cal., filed November 29, 2010); and (3) *Kelley Bruno and Rebecca Yumul v. The*
10 *Quaker Oats Company*, No. 4:10-cv-05538 DMR (N.D. Cal., filed Dec. 7, 2010);
11 WHEREAS, a hearing on the Motion to Consolidate is scheduled for January 13, 2011,
12 before the Honorable Richard Seeborg, presiding over the *Chacanaca/Guttmann* Action;
13 WHEREAS, counsel for the Plaintiff and Defendant have conferred regarding the most
14 efficient way to proceed;
15 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Plaintiff and
16 Defendant, through their respective counsel and subject to the Court's approval that:
17 1.   All pending dates in this matter, including but not limited to the time to answer, all
18 discovery, and all dates set forth in the Order Setting Initial Case Management Conference and
19 ADR Deadlines (Dkt. #3), are stayed pending a ruling by the *Chacanaca/Guttmann* Court on the
20 Motion to Consolidate;
21 2.   If the Motion to Consolidate is denied, Quaker shall have 60 days from the denial of
22 the Motion to Consolidate to file a response to the Complaint, and the parties shall inform the Court
23 that a new Order Setting Initial Case Management Conference and ADR Deadlines should be issued
24 based on the Court's availability;
25 3.   If the Motion to Consolidate is granted, Plaintiffs and Defendant agree that all
26 discovery shall continue to be stayed pending a ruling by the *Chacanaca/Guttmann* Court on
27 Quaker's motion to dismiss the Consolidated Amended Complaint, with the exception that, subject
28

to the entry of an appropriate protective order, Quaker will produce some additional documents that it has already collected in the *Chacanaca/Guttmann* case.

      IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated:  December 21, 2010        ARNOLD & PORTER LLP

        By:  /s/ Angel A. Garganta
            Angel A. Garganta
            Attorney for Defendant
            The Quaker Oats Company

Dated:  December 21, 2010        LAW OFFICES OF RONALD A. MARRON, APLC

        By:  /s/ Ronald A. Marron
            Ronald A. Marron
            Attorney for Plaintiff Sonya Yrene

Dated:  December 21, 2010        THE WESTON FIRM

        By:  /s/ Gregory S. Weston
            Gregory S. Weston
            Jack Fitzgerald
            Attorneys for Plaintiff Sonya Yrene

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: December 22, 2010

                Honorable Paul Singh Grewal
                United States Magistrate Judge

<u>NOTICE OF ATTESTATION</u>

I, Angel A. Garganta, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO STAY PENDING RULING ON MOTION TO CONSOLIDATE.  In compliance with General Order 45, X.B., I hereby attest that Plaintiff's counsel has concurred in this filing.

DATED: December 21, 2010                              ARNOLD & PORTER LLP

By: _____/s/ Angel A. Garganta_____
          Angel A. Garganta